1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JACK G., | Case No. 5:21-cv-01615-SPG-KES |
| 12          Plaintiff, | ORDER ACCEPTING REPORT AND |
| 13     v. | RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| 14  KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| 15 | |
| 16          Defendant. | |
| 17 | |

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Joint Stipulation

19  (Dkt. 16), the other records on file herein, and the Report and Recommendation of

20  the U.S. Magistrate Judge (Dkt. 20).  The Court has engaged in a de novo review of

21  those portions of the Report and Recommendation to which Objections (Dkt. 22)

22  have been made.  The Court accepts the report, findings, and recommendations of

23  the Magistrate Judge.

24          IT IS THEREFORE ORDERED that Judgment be entered affirming the

25  decision of the Commissioner of Social Security denying benefits.

26

DATED:  February 1, 2023

27

SHERILYN PEACE GARNETT

28

UNITED STATES DISTRICT JUDGE