JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK G., | Case No. 5:21-cv-01615-SPG-KES |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report and Recommendation of U.S. Magistrate Judge, the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: February 1, 2023

SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE